IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT    FILED

Nov 6  1:31 PM '03

| | |
|---|---|
| FRIENDLY ICE CREAM CORPORATION | CIVIL ACTION NO.: 302CV 169 (EBB) |
| Plaintiff, | |
| v. | |
| MASTER PROTECTION CORPORATION D/B/A FIREMASTER, ALLSTATE FIRE EQUIPMENT, INC. AND KITCHEN KLEAN, INC. | NOVEMBER 6, 2003: |
| Defendants. | |

## DEFENDANT ALLSTATE FIRE EQUIPMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the defendant, Allstate Fire Equipment, Inc. ("defendant"), moves this Honorable Court for summary judgment against the plaintiff, Friendly Ice Cream Corporation, ("Friendly's").  As grounds for this Motion, the defendant contends that Friendly's claims are barred by the applicable provisions of Conn. Gen. Stat. §§ 38a-839 and 38a-845.  A Memorandum of Law in Support of Defendant's Motion for Summary Judgment is attached hereto.

WHEREFORE, the defendant, Allstate Fire Equipment, Inc., moves this Honorable Court for summary judgment against Friendly Ice Cream Corporation.

THE DEFENDANT,
ALLSTATE FIRE EQUIPMENT, INC.

By Its Attorneys

_____
Timothy J. Duggan, (Ct No. 17830)
Duggan & Caccavaro
4 Fort Hill Road
Groton, CT 06340
Tel: (860) 289-4442

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing document was served on November 6, 2003 via ~~first class mail~~ by hand, postage prepaid upon:

Stuart G. Blackburn, Esq.
Law offices of Stuart G. Blackburn
P.O. Box 608
Two Concorde Way
Windsor Locks, CT 06096

Martin P. Duffy, Esq.
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103-3508

Miles N. Esty, Esq.
Esty & Buckmir, LLC
714 State Street
New Haven, CT 06511


_____
Timothy J. Duggan

2