UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Continued Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 6, 2003

12:00 Noon

*Held 12:15 — 1:30 pm (1 hr 15 min)*

PARTIES ARE TO BE PRESENT UNLESS COUNSEL HAS FULL AUTHORITY
CONSISTENT WITH THE MAGISTRATE JUDGE'S RECOMMENDATIONS AT
PREVIOUS SETTLEMENT CONFERENCES

CASE NO. **3:02CV169** (EBB) **Friendly Ice Cream v. Master Protection Corp.**

| | |
|---|---|
| ✓ Tara M. Barbara<br>Miles David Newman Esty<br>Esty & Buckmir<br>714 State St.<br>New Haven, CT 06511<br>203-495-9999 | Master Protection Corp. |
| Stuart G. Blackburn<br>Two Concorde Way, Bldg 3C<br>PO Box 608<br>Windsor Locks, CT 06096<br>860-292-1116<br>860-292-1221 (fax)<br>sgblackburn@sbcglobal.net | Friendly Ice Cream Corp. |
| Martin P. Duffey<br>✓ William E. Gericke<br>Cozen & O'Connor<br>The Atrium<br>1900 Market St., Third Fl.<br>Philadelphia, PA 19103-3527<br>215-665-2000 | Friendly Ice Cream Corp. |
| ✓ Timothy J. Duggan<br>Duggan & Caccavaro<br>4 Fort Hill Road<br>Groton, CT 06340<br>860-289-4442 | Allstate Fire & Safety Svc.<br>Equipment Co. |

Kenneth J. Mastroni  
Joseph G. Rinaldi  
Milano & Wanat  
471 E. Main St.  
Branford, CT 06405  
203-315-7000  
203-315-7007 (fax)  
kmastroni@mwllc.us

Kitchen Klean Inc.

BY ORDER OF THE COURT  
KEVIN F. ROWE, CLERK