IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

FILED

Nov 7 12 02 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------------------------x
FRIENDLY ICE CREAM CORP.

3:02 CV 169 (EBB)

V.

MASTER PROTECTION CORP. ET AL.           DATE: NOV. 6, 2003
-------------------------------------------------x

### MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference: November 6, 2003

Attorneys Present:  William E. Gericke, Esq.
(For Plaintiff)

Tara M. Barbara, Esq.
(For Defendant Master Protection Corp.)

Timothy J. Duggan, Esq.
(For Defendant Allstate Fire & Safety Svc. Equipment Co.)

### DISCUSSIONS

Settlement discussions were held. Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, the deposition of a representative of the Clarendon Ins. Co. will take place in Manhattan, New York, **on before December 19, 2003**.

2. By further agreement of counsel, **on or before January 16, 2004**, plaintiff shall file its brief in opposition to defendant Allstate's Motion for Summary Judgment, filed today.

3. By further agreement of counsel, defendant Allstate may file a reply brief **on or before January 30, 2004**.

4. By further agreement of counsel, all expert discovery shall be completed **on or**

AO 72A
(Rev. 8/82)

**before March 1, 2004**.

    5. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

    Dated at New Haven, Connecticut, this 6th day of November, 2003.



                                Joan Glazer Margolis
                                U.S. Magistrate Judge

AO 72A
(Rev. 8/82)