UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 8, 2003

2:00 P.M.

CASE NO. **3:02CV169** (EBB) **Friendly Ice Cream v. Master Protection**

| | |
|---|---|
| Tara M. Barbara<br>Esty & Buckmir<br>714 State St.<br>New Haven, CT 06511<br>203-495-9999 | Master Protection Corp. |
| Stuart G. Blackburn<br>Two Concorde Way, Bldg 3C, PO Box 608<br>Windsor Locks, CT 06096<br>860-292-1116<br>860-292-1221 (fax)<br>sgblackburn@sbcglobal.net | Friendly Ice Cream Corp. |
| Martin P. Duffey<br>Cozen & O'Connor<br>The Atrium<br>1900 Market St.<br>Third Fl.<br>Philadelphia, PA 19103-3527<br>215-665-2000 | Friendly Ice Cream Corp. |
| Timothy J. Duggan<br>Duggan & Caccavaro<br>4 Fort Hill Road<br>Groton, CT 06340<br>860-289-4442 | Allstate Fire & Safety<br>Svc. Equip. Co. |
| Miles David Newman Esty<br>Esty & Buckmir<br>714 State Street<br>New Haven, CT 06511<br>203-495-9999 | Master Protection Corp. |

| | |
|---|---|
| William E. Gericke<br>Cozen & O'Connor<br>The Atrium<br>1900 Market St.<br>Third Fl.<br>Philadelphia, PA 19103-3527<br>215-665-2000 | Friendly Ice Cream Corp. |
| Kenneth J. Mastroni<br>Milano & Wanat<br>471 E. Main St.<br>Branford, CT 06405<br>203-315-7000<br>203-315-7007 (fax)<br>kmastroni@mwllc.us | Kitchen Klean Inc. |
| Joseph G. Rinaldi<br>Milano & Wanat<br>471 E. Main St.<br>Branford, CT 06405<br>203-315-7000 | Kitchen Klean Inc. |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK