IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED Nov 6  1 31 PM '03

| | |
|---|---|
| FRIENDLY ICE CREAM CORPORATION | : |
| Plaintiff, | : CIVIL ACTION NO.: 302CV 169 (EBB) |
| v. | : |
| MASTER PROTECTION CORPORATION D/B/A FIREMASTER, ALLSTATE FIRE EQUIPMENT, INC. AND KITCHEN KLEAN, INC. | : NOVEMBER 6, 2003: |
| Defendants. | : |

### DEFENDANT ALLSTATE FIRE EQUIPMENT, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the defendant, Allstate Fire Equipment, Inc. ("defendant"), moves this Honorable Court for summary judgment against the plaintiff, Friendly Ice Cream Corporation, ("Friendly's"). As grounds for this Motion, the defendant contends that Friendly's claims are barred by the applicable provisions of Conn. Gen. Stat. §§ 38a-839 and 38a-845. A Memorandum of Law in Support of Defendant's Motion for Summary Judgment is attached hereto.

WHEREFORE, the defendant, Allstate Fire Equipment, Inc., moves this Honorable Court for summary judgment against Friendly Ice Cream Corporation.

[handwritten margin: 12/16/03 -- Denied without prejudice]