IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRIENDLY ICE CREAM CORPORATION | : |
| Plaintiff, | : CIVIL ACTION NO.: |
| v. | : 302CV 169 (EBB) |
| MASTER PROTECTION CORPORATION D/B/A FIREMASTER, ALLSTATE FIRE EQUIPMENT COMPANY, INC., AND KITCHEN KLEAN, INC. | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR FEES

The parties to the above captioned lawsuit, by and through their counsel, hereby stipulate and agree that all claims shall be dismissed with prejudice and without costs or attorneys fees to either party. The parties further stipulate and agree that all rights to appeal shall be waived.

**FRIENDLY'S CORPORATION**

By its Attorney,

/s/ Martin P. Duffey
Martin P. Duffey, Esq. (CT23544)
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103-3505
(215)523-2900

**ALLSTATE FIRE EQUIPMENT, INC.**

By Their Attorney,

/s/ Timothy J. Duggan
Timothy J. Duggan (Ct. No. 17830)
Duggan & Caccavaro
4 Fort Hill Road
Groton, CT 06340
(860)289-4442

**MASTER PROTECTION CORPORATION**

By Its Attorney,

_____
Tara Blumenstock (Ct. No.08867 )
Esty & Buckmir, LLC
714 State Street
New Haven, CT 06511
(203)495-9999

**KITCHEN KLEAN**

By Its Attorney,

_____
Christopher Wanat (Ct. No.2164 )
Milano & Wanat, LLC
471 East Main Street
Branford, CT 06405
(203)315-7007

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served on ~~February~~ March 9, 2004 via first class mail, postage prepaid, upon:

Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
P.O. Box 608
Two Concorde Way
Windsor Locks, CT 06096

Martin P. Duffy, Esq.
William Gericke, Esq.
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103-3508

Tara Blumenstock, Esq.
Esty & Buckmir, LLC
714 State Street
New Haven, CT 06511

Kenneth Mastroni, Esq.
Milano & Wanat, LLC
471 East Main Street
Branford, CT 06405

Timothy J. Duggan