IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

FRIENDLY ICE CREAM CORPORATION

    Plaintiff,

v.

MASTER PROTECTION CORPORATION
D/B/A FIREMASTER, ALLSTATE FIRE
EQUIPMENT COMPANY, INC.,
AND KITCHEN KLEAN, INC.

    Defendants.

CIVIL ACTION NO.:
3.02CV 169 (EBB)

---

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS OR FEES

The parties to the above captioned lawsuit, by and through their counsel, hereby stipulate and agree that all claims shall be dismissed with prejudice and without costs or attorneys fees to either party. The parties further stipulate and agree that all rights to appeal shall be waived.

**FRIENDLY'S CORPORATION**

By Its Attorney,

_____
Martin P. Duffey, Esq. (CT23544)
Cozen O'Connor
1900 Market Street, Third Floor
Philadelphia, PA 19103-3505
(215)523-2900

**ALLSTATE FIRE EQUIPMENT, INC.**

By Their Attorney,

_____
Timothy J. Duggan (Ct. No. 17630)
Duggan & Caccavaro
4 Fort Hill Road
Groton, CT 06340
(860)289-4442